## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **NEXUS GAS TRANSMISSION, LLC** | : | Case No. |
| 5400 Westheimer Court | : | |
| Houston, TX 77056-5310 | : | Judge |
| | : | |
|     Plaintiff, | : | Magistrate Judge |
| | : | |
|       v. | : | |
| | : | |
| **2.00 ACRES ± PERMANENT** | : | |
| **EASEMENT, AND 3.2 ACRES ±** | : | |
| **TEMPORARY EASEMENT OF LAND IN** | : | |
| **CITY OF GREEN, SUMMIT COUNTY,** | : | |
| **OHIO** | : | |
| | : | |
| City of Green, Ohio | : | |
| c/o Diane A. Calta, Law Director | : | |
| 1755 Town Park Blvd. | : | |
| Uniontown, OH 44685 | : | |
| | : | |
| Aqua Ohio, Inc. | : | |
| c/o Corporation Service Company, | : | |
| Statutory Agent | : | |
| 50 W. Broad St., Ste. 1330 | : | |
| Columbus, OH 43215 | : | |
| | : | |
| Duck Creek Energy Inc., Successor in Interest to | : | |
| James E. Wilkes | : | |
| c/o David I. Mansbery, Statutory Agent | : | |
| 7033 Mill Rd. | : | |
| Brecksville, OH 44141 | : | |
| | : | |
| | : | |
| **0.0147 ACRES ± PERMANENT** | : | |
| **EASEMENT, AND 0 ACRES ±** | : | |
| **TEMPORARY EASEMENT OF LAND IN** | : | |
| **CITY OF GREEN, SUMMIT COUNTY,** | : | |
| **OHIO** | : | |

City of Green, Ohio                                              :
c/o Diane A. Calta, Law Director                                 :
1755 Town Park Blvd.                                             :
Uniontown, OH 44685                                             :
                                                                :
GonzOil, Inc.                                                    :
c/o Frank W Gonzalez, Statutory Agent                           :
5519 East Blvd. N.W.                                            :
Canton, OH 44718                                                :
                                                                :
                                                                :
**0 ACRES ± PERMANENT**                                         :
**EASEMENT, AND 0.4 ACRES ±**                                   :
**TEMPORARY EASEMENT OF LAND IN**                               :
**CITY OF NEW FRANKLIN, SUMMIT**                                :
**COUNTY, OHIO**                                                :
                                                                :
Thomas D. & Kelly M. Culp                                       :
1920 Limbach Rd.                                                :
New Franklin, OH 44216                                          :
                                                                :
Spelman Pipeline Holdings, LLC                                  :
c/o Marty Whelan, Statutory Agent                               :
5640 Lancaster Newark Rd.                                       :
Pleasantville, OH 43148                                         :
                                                                :
Third Federal Savings and Loan Association of                   :
Cleveland                                                       :
c/o Karen Lawhorn Conn, Statutory Agent                         :
7007 Broadway Ave.                                              :
Cleveland, OH 44105                                             :
                                                                :
                                                                :
**0.3 ACRES ± PERMANENT**                                       :
**EASEMENT, AND 0.3 ACRES ±**                                   :
**TEMPORARY EASEMENT OF LAND IN**                               :
**CITY OF GREEN, SUMMIT COUNTY,**                               :
**OHIO**                                                        :
                                                                :
Michael F. Hagan and Nancy S. Hagan, Co-                        :
Trustees of the Hagan Family Revocable Living                   :
Trust dated December 19, 2006                                   :
3071 Wise Rd.                                                   :
North Canton, OH 44720                                          :

Charlene E. Stevanov                            :
32 Harris Cir.                                  :
Newark, DE 19711                                :
                                                :
John A. Stevanov                                :
3041 Wise Rd.                                   :
North Canton, OH 44720                          :
                                                :
David Shafer Oil Producing Successor in Interest :
to Smith Shafer Smith                           :
459 S. Hilcrest Dr.                             :
Wooster, OH 44691                               :
                                                :
                                                :
**1.4 ACRES ± PERMANENT**                       :
**EASEMENT, AND 4.7 ACRES ±**                   :
**TEMPORARY EASEMENT OF LAND IN**               :
**CITY OF GREEN, SUMMIT COUNTY,**               :
**OHIO**                                        :
                                                :
Judy Jane Hamrick                               :
586 Apple Dr.                                   :
Akron, OH 44319                                 :
                                                :
John G. Selzer                                  :
2686 Wise Rd.                                   :
Canton, OH 44720                                :
                                                :
Elaine Selzer                                   :
2686 Wise Rd.                                   :
North Canton, OH 44720                          :
                                                :
David Shafer Oil Producing Successor in Interest :
to Smith Shafer Smith                           :
459 S. Hilcrest Dr.                             :
Wooster, OH 44691                               :
                                                :
Child Support Enforcement Agency of             :
Summit County                                   :
c/o Sherri Bevan Walsh, Prosecutor,             :
County of Summit                                :
53 University Ave. #6                           :
Akron, OH  44308                                :

**0.2 ACRES ± PERMANENT**       :
**EASEMENT, AND 0.2 ACRES ±**     :
**TEMPORARY EASEMENT OF LAND IN**  :
**CITY OF GREEN, SUMMIT COUNTY,**  :
**OHIO**             :
                               :

Virgil E. & Wendy J. Kline     :
4774 Mayfair Rd.         :
North Canton, OH 44720     :
                               :

Christopher Ryan Armbruster & Danielle A.  :
Armbruster           :
4774 Mayfair Rd.         :
North Canton, OH 44720     :
                               :

Universal Exploration, Inc.     :
c/o Robert Leatherman, Statutory Agent  :
200 Smokerise Dr., Ste. 300    :
Wadsworth, OH 44281      :
                               :

Huntington National Bank     :
c/o Richard A. Cheap, Statutory Agent  :
41 S. High St.           :
Columbus, OH 43215       :
                               :

Sirva Mortgage Inc.       :
c/o Corporation Service Company   :
50 West Broad St., Ste. 300    :
Columbus, OH 43215       :
                               :
                               :

**0.01 ACRES ± PERMANENT**     :
**EASEMENT, AND 0.0398 ACRES ±**  :
**TEMPORARY EASEMENT OF LAND IN**  :
**CITY OF GREEN, SUMMIT COUNTY,**  :
**OHIO**             :
                               :

Todd R. & Cindi L. Starkey    :
4828 Mayfair Rd.         :
North Canton, OH 44720     :
                               :

Universal Exploration, Inc.     :
c/o Robert Leatherman, Statutory Agent  :
200 Smokerise Dr., Ste. 300    :
Wadsworth, OH 44281      :

Huntington National Bank, Successor in Interest    :
to FirstMerit Bank, N.A                             :
c/o Richard A. Cheap, Statutory Agent               :
41 S. High St.                                      :
Columbus, OH 43215                                  :
                                                    :
                                                    :
**1.4 ACRES ± PERMANENT**                           :
**EASEMENT, AND 2.6 ACRES ±**                       :
**TEMPORARY EASEMENT OF LAND IN**                   :
**CITY OF GREEN, SUMMIT COUNTY,**                   :
**OHIO**                                            :
                                                    :
Eugene R. & Rebecca S. Martz                        :
211 Tonawanda Trail SW                              :
Hartville, OH 44632                                 :
                                                    :
                                                    :
**1.6 ACRES ± PERMANENT**                           :
**EASEMENT, AND 1.9 ACRES ±**                       :
**TEMPORARY EASEMENT OF LAND IN**                   :
**CITY OF GREEN, SUMMIT COUNTY,**                   :
**OHIO**                                            :
                                                    :
Plummer Family Trust of January 20, 2014            :
Attn: Jessica M. Plummer and Scott P. Plummer,      :
Co-Trustees                                         :
5425 Thursby Rd.                                    :
North Canton, OH 44720                              :
                                                    :
                                                    :
**0.4 ACRES ± PERMANENT**                           :
**EASEMENT, AND 0.4 ACRES ±**                       :
**TEMPORARY EASEMENT OF LAND IN**                   :
**CITY OF GREEN, SUMMIT COUNTY,**                   :
**OHIO**                                            :
                                                    :
Joseph E. & Amy L. Bologa                           :
5287 Thursby Rd.                                    :
North Canton, OH 44720                              :

**0.1 ACRES ± PERMANENT**                              :
**EASEMENT, AND 0.4 ACRES ±**                          :
**TEMPORARY EASEMENT OF LAND IN**                      :
**CITY OF GREEN, SUMMIT COUNTY,**                      :
**OHIO**                                               :
                                                       :
Joseph E. & Amy L. Bologa                              :
5287 Thursby Rd.                                       :
North Canton, OH 44720                                 :
                                                       :
First Place Bank                                       :
c/o David J. Wolfe Jr., Statutory Agent                :
724 Boardman-Poland Rd.                                :
Boardman, OH 44512                                     :
                                                       :
Talmer Bank and Trust                                  :
c/o David J. Wolfe, Jr., Statutory Agent               :
724 Boardman-Poland Rd.                                :
Boardman, OH 44512                                     :
                                                       :
                                                       :
**0.5 ACRES ± PERMANENT**                              :
**EASEMENT, AND 0.7 ACRES ±**                          :
**TEMPORARY EASEMENT OF LAND IN**                      :
**CITY OF GREEN, SUMMIT COUNTY,**                      :
**OHIO**                                               :
                                                       :
Bobby E. Geer                                          :
1195 Koons Rd.                                         :
North Canton, OH 44720                                 :
                                                       :
                                                       :
**0.3 ACRES ± PERMANENT**                              :
**EASEMENT, AND 0.6 ACRES ±**                          :
**TEMPORARY EASEMENT OF LAND IN**                      :
**CITY OF GREEN, SUMMIT COUNTY,**                      :
**OHIO**                                               :
                                                       :
Bobby E. Geer                                          :
1195 Koons Rd.                                         :
North Canton, OH 44720                                 :

**0.5 ACRES ± PERMANENT**    :
**EASEMENT, AND 0.7 ACRES ±**   :
**TEMPORARY EASEMENT OF LAND IN** :
**CITY OF GREEN, SUMMIT COUNTY,** :
**OHIO**            :
              :
Cleveland Museum of Natural History  :
c/o James R. Bright, Statutory Agent  :
925 Euclid Ave., Ste. 2000    :
Cleveland, OH 44115     :
              :
Cleveland Museum of Natural History  :
c/o James R. Bright, Statutory Agent  :
925 Euclid Ave., Ste. 2000    :
Cleveland, OH 44115     :
              :
Western Reserve Land Conservancy  :
c/o Richard D. Cochran, Statutory Agent :
3850 Chagrin River Rd.     :
Moreland Hills, OH 44022    :
              :
              :
**0.8 ACRES ± PERMANENT**    :
**EASEMENT, AND 1.9 ACRES ±**   :
**TEMPORARY EASEMENT OF LAND IN** :
**CITY OF GREEN, SUMMIT COUNTY,** :
**OHIO**            :
              :
Cleveland Museum of Natural History  :
c/o James R. Bright, Statutory Agent  :
925 Euclid Ave., Ste. 2000    :
Cleveland, OH 44115     :
              :
              :
**1 ACRES ± PERMANENT**     :
**EASEMENT, AND 1.5 ACRES ±**   :
**TEMPORARY EASEMENT OF LAND IN** :
**CITY OF GREEN, SUMMIT COUNTY,** :
**OHIO**            :
              :
Herbert E. & Yvonne L. Ward   :
1309 Koons Rd.       :
North Canton, OH 44720     :

Huntington National Bank, Successor in Interest :
to FirstMerit Bank, N.A :
c/o Richard A. Cheap, Statutory Agent :
41 S. High St. :
Columbus, OH 43215 :
:
:
**0.5 ACRES ± PERMANENT** :
**EASEMENT, AND 0.5 ACRES ±** :
**TEMPORARY EASEMENT OF LAND IN** :
**CITY OF GREEN, SUMMIT COUNTY,** :
**OHIO** :
:
Richard I. Mellinger :
5176 Arlington Rd. :
North Canton, OH 44720 :
:
:
**0 ACRES ± PERMANENT** :
**EASEMENT, AND 0.0005 ACRES ±** :
**TEMPORARY EASEMENT OF LAND IN** :
**CITY OF GREEN, SUMMIT COUNTY,** :
**OHIO** :
:
Deborah D. Marino :
1536 Spring Wood Ln. :
Uniontown, OH 44685 :
:
Sheila Wenhart :
5536 Arlington Rd. :
Clinton, OH 44216 :
:
Thomas Dunlap :
1700 E. Sierra Dr. :
Haubstadt, IN 47639 :
:
Charles C. Dunlap :
1106 Apple Ridge Rd. :
Clinton, OH 44216 :
:
Joseph Marino :
1536 Springwood Ln. :
Uniontown, OH 44685 :

David Wenhart                                    :
5536 S. Arlington Rd.                            :
Clinton, OH 44216                                :
                                                 :
Donna Dunlap                                     :
1700 E. Sierra Dr.                               :
Haubstadt, IN 47639                              :
                                                 :
                                                 :
**0.4 ACRES ± PERMANENT**                        :
**EASEMENT, AND 0.3 ACRES ±**                    :
**TEMPORARY EASEMENT OF LAND IN**                :
**CITY OF GREEN, SUMMIT COUNTY,**                :
**OHIO**                                         :
                                                 :
Laura D. Urban                                   :
370 E. Comet Rd.                                 :
Clinton, OH 44216                                :
                                                 :
Summit County Council                            :
c/o Sherri Bevan Walsh,                          :
Prosecutor, County of Summit                     :
53 University Ave., #6                           :
Akron, OH 44308                                  :
                                                 :
Bank of America, N.A.                            :
c/o CT Corporation System, Statutory Agent       :
4400 Easton Commons Way, Ste. 125                :
Columbus, OH 43219                               :
                                                 :
                                                 :
**0.3 ACRES ± PERMANENT**                        :
**EASEMENT, AND 0.3 ACRES ±**                    :
**TEMPORARY EASEMENT OF LAND IN**                :
**CITY OF NEW FRANKLIN, SUMMIT**                 :
**COUNTY, OHIO**                                 :
                                                 :
Virginia J. McClure                              :
200 Yager Rd.                                    :
New Franklin, OH 44216                           :

**0.3 ACRES ± PERMANENT**                                :
**EASEMENT, AND 0.2 ACRES ±**                            :
**TEMPORARY EASEMENT OF LAND IN**                        :
**CITY OF NEW FRANKLIN, SUMMIT**                         :
**COUNTY, OHIO**                                         :
                                                         :
Jeffrey A. & Sheryl A. Bonk                              :
228 Yager Rd.                                            :
New Franklin, OH 44216                                   :
                                                         :
Huntington National Bank, Successor in Interest          :
to FirstMerit Bank, N.A                                  :
c/o Richard A. Cheap, Statutory Agent                    :
41 S. High St.                                           :
Columbus, OH 43215                                       :
                                                         :
                                                         :
**0 ACRES ± PERMANENT**                                  :
**EASEMENT, AND 0.1 ACRES ±**                            :
**TEMPORARY EASEMENT OF LAND IN**                        :
**CITY OF NEW FRANKLIN, SUMMIT**                         :
**COUNTY, OHIO**                                         :
                                                         :
Norman A. & Carol R. First                               :
6071 S. Myers Rd.                                        :
New Franklin, OH 44216                                   :
                                                         :
                                                         :
**0.3 ACRES ± PERMANENT**                                :
**EASEMENT, AND 0.7 ACRES ±**                            :
**TEMPORARY EASEMENT OF LAND IN**                        :
**CITY OF NEW FRANKLIN, SUMMIT**                         :
**COUNTY, OHIO**                                         :
                                                         :
Norman A. & Carol R. First                               :
6071 S. Myers Rd.                                        :
New Franklin, OH 44216                                   :
                                                         :
Lester E. and Helen G. Yager                             :
2025 Bernon Ave.                                         :
Mission, TX 78572                                        :

**0 ACRES ± PERMANENT**                                    :
**EASEMENT, AND 0.050 ACRES ±**                            :
**TEMPORARY EASEMENT OF LAND IN**                          :
**CITY OF NEW FRANKLIN, SUMMIT**                           :
**COUNTY, OHIO**                                           :
                                                           :
Bonnie E. Taylor                                           :
6063 S. Myers Rd.                                          :
New Franklin, OH 44216                                     :
                                                           :
Westfield Bank FSB, Successor in Interest to               :
Valley Savings Bank                                        :
c/o Frank Carrino, Statutory Agent                         :
One Park Circle                                            :
Westfield Center, OH 44251                                 :
                                                           :
                                                           :
**0.4 ACRES ± PERMANENT**                                  :
**EASEMENT, AND 0.6 ACRES ±**                              :
**TEMPORARY EASEMENT OF LAND IN**                          :
**GUILFORD TOWNSHIP, MEDINA**                              :
**COUNTY, OHIO**                                           :
                                                           :
Karl E. Bebout II and Terrie L. Bebout                     :
4222 Good Rd.                                              :
Seville, OH 44273                                          :
                                                           :
PNC Bank, N.A.                                             :
c/o Corporation Service Company                            :
50 West Board St., Ste. 1330                               :
Columbus OH 43215                                          :
                                                           :
                                                           :
**1.4 ACRES ± PERMANENT**                                  :
**EASEMENT, AND 2.2 ACRES ±**                              :
**TEMPORARY EASEMENT OF LAND IN**                          :
**YORK TOWNSHIP, MEDINA COUNTY,**                          :
**OHIO**                                                   :
                                                           :
Jeffrey L. & Denise L. Aungst                              :
6761 West Smith Rd.                                        :
Medina, OH 44256                                           :

Medina County Highway Department          :
c/o S. Forrest Thompson,                  :
Medina County Prosecutor                  :
72 Public Square                          :
Medina, OH 44256                          :
                                          :
                                          :
**1.4 ACRES ± PERMANENT**                 :
**EASEMENT, AND 2.4 ACRES ±**             :
**TEMPORARY EASEMENT OF LAND IN**         :
**YORK TOWNSHIP, MEDINA COUNTY,**         :
**OHIO**                                  :
                                          :
Donald E. & Adele Huber Borling           :
7635 Spieth Rd.                           :
Medina, OH 44256                          :
                                          :
Medina County Board of Commissioners      :
c/o S. Forrest Thompson,                  :
Medina County Prosecutor                  :
72 Public Square                          :
Medina, OH 44256                          :
                                          :
                                          :
**0.2 ACRES ± PERMANENT**                 :
**EASEMENT, AND 0.2 ACRES ±**             :
**TEMPORARY EASEMENT OF LAND IN**         :
**LAKE TOWNSHIP, STARK COUNTY,**          :
**OHIO**                                  :
                                          :
William T. & Cindy R. Tropf               :
10625 Cleveland Ave. N.W.                 :
Uniontown, OH 44685                       :
                                          :
Stark County Board of Commissioners       :
c/o John D. Ferraro,                      :
Stark County Prosecuting Attorney         :
110 Central Plaza South, Ste. 510         :
Canton, OH  44702                         :

Time Warner Cable Information Services    :
(Ohio), LLC    :
Successor-in-Interest to Warner Amex Cable    :
c/o Corporation Service Company,    :
Statutory Agent    :
50 W. Broad St., Ste. 1330    :
Columbus, OH 43215    :
    :
JPMorgan Chase Bank, N.A.    :
c/o CT Corporation System, Statutory Agent    :
4400 Easton Commons Way, Ste. 125    :
Columbus, OH 43219    :
    :
    :
**3 ACRES ± PERMANENT**    :
**EASEMENT, AND 4.7 ACRES ±**    :
**TEMPORARY EASEMENT OF LAND IN**    :
**GRAFTON TOWNSHIP, LORAIN**    :
**COUNTY, OHIO**    :
    :
Minta A. Monchein Declaration of Trust dated    :
August 9, 1999    :
c/o Minta A. Monchein, as Settlor and as Trustee    :
17170 Mennell Rd.    :
Grafton, OH 44044    :
    :
Western Reserve Land Conservancy    :
c/o Richard D. Cochran, Statutory Agent    :
3850 Chagrin River Rd.    :
Moreland Hills, OH 44022    :
    :
Aspire Energy of Ohio, LLC    :
Successor-in-Interest to Gatherco, Inc.    :
c/o Corporation Service Company    :
50 W. Broad St., Ste. 1330    :
Columbus, OH 43215    :
    :
Huntington National Bank    :
c/o Richard A. Cheap, Statutory Agent    :
41 S. High St.    :
Columbus, OH 43215    :

**0.1 ACRES ± PERMANENT
EASEMENT, AND 0.1 ACRES ±
TEMPORARY EASEMENT OF LAND IN
CITY OF OBERLIN, LORAIN COUNTY,
OHIO**

City of Oberlin, Ohio
c/o Jon Clark, Law Director
69 South Main St.
Oberlin, OH 44074

Buckeye Pipe Line Company, LP, Successor-in-
Interest to Buckeye Pipe Line Company
c/o Corporation Service Company, Statutory Agent
50 W. Broad St., Ste. 1330
Columbus, OH 43215

**1.5 ACRES ± PERMANENT
EASEMENT, AND 2.6 ACRES ±
TEMPORARY EASEMENT OF LAND IN
CITY OF OBERLIN, LORAIN COUNTY,
OHIO**

Western Reserve Land Conservancy
c/o Richard D. Cochran, Statutory Agent
3850 Chagrin River Rd.
Moreland Hills, OH 44022

Natural Areas Land Conservancy
c/o Richard D. Cochran, Statutory Agent
3850 Chagrin River Rd.
Moreland Hills, OH 44022

Buckeye Pipe Line Company, LP, Successor-in-
Interest to Buckeye Pipe Line Company
c/o Corporation Service Company, Statutory Agent
50 W. Broad St., Ste. 1330
Columbus, OH 43215

**3.0 ACRES ± PERMANENT**                         :
**EASEMENT, AND 6.6318 ACRES ±**                  :
**TEMPORARY EASEMENT OF LAND IN**                 :
**MIDDLETON TOWNSHIP, WOOD**                      :
**COUNTY, OHIO**                                  :
                                                  :
Frederick J. Speck and Mildred A. Speck, Co-      :
Trustees of the Frederick J. Speck Living Trust   :
dated September 18, 2009                           :
11511 Dowling Rd.                                  :
Bowling Green, OH 43402                            :
                                                  :
Buckeye Pipe Line Company, LP, Successor-in-      :
Interest to Buckeye Pipe Line Company             :
c/o Corporation Service Company, Statutory Agent  :
50 W. Broad St., Ste. 1330                         :
Columbus, OH 43215                                 :
                                                  :
                                                  :
**1.5 ACRES ± PERMANENT**                         :
**EASEMENT, AND 2.5 ACRES ±**                     :
**TEMPORARY EASEMENT OF LAND IN**                 :
**MIDDLETON TOWNSHIP, WOOD**                      :
**COUNTY, OHIO**                                  :
                                                  :
City of Bowling Green, Ohio                        :
c/o Michael Marsh, City Attorney                  :
249 S. Main St.                                    :
Bowling Green, OH 43402                            :
                                                  :
Board of Trustees of Public Affairs of the        :
Village of Haskins, Ohio                           :
405 N. Findlay Rd.                                 :
Haskins, OH 43525                                  :
                                                  :
Suburban Natural Gas Company Successor-in-        :
Interest to Suburban Fuel, Gas, Inc.              :
c/o David L. Pemberton Sr., Statutory Agent       :
2626 Lewis Center Rd.                              :
Lewis Center, OH 43035                             :

**1.2 ACRES ± PERMANENT**                          :
**EASEMENT, AND 1.8 ACRES ±**                      :
**TEMPORARY EASEMENT OF LAND IN**                  :
**BERLIN TOWNSHIP, ERIE COUNTY,**                  :
**OHIO**                                           :
                                                   :
La Claire Evans                                    :
217 Ridgewood Ave.                                 :
Huron, OH 44839                                    :
                                                   :
                                                   :
**0.5 ACRES ± PERMANENT**                          :
**EASEMENT, AND 0.9 ACRES ±**                      :
**TEMPORARY EASEMENT OF LAND IN**                  :
**GROTON TOWNSHIP, ERIE COUNTY,**                  :
**OHIO**                                           :
                                                   :
Brenda Ruthsatz                                    :
419 Bardwell Rd.                                   :
Castalia, OH 44824                                 :
                                                   :
Edward Ruthsatz                                    :
419 Bardwell Rd.                                   :
Castalia, OH 44824                                 :
                                                   :
                                                   :
**1.3 ACRES ± PERMANENT**                          :
**EASEMENT, AND 1.7 ACRES ±**                      :
**TEMPORARY EASEMENT OF LAND IN**                  :
**WASHINGTON TOWNSHIP, SANDUSKY**                  :
**COUNTY, OHIO**                                   :
                                                   :
Sandusky County Park District                      :
c/o Board of Park Commissioners                    :
1970 Countryside Dr.                               :
Fremont, OH 43420                                  :
                                                   :
James F. Schwartz and Margaret E. Schwartz         :
2257 County Road 92                                :
Lindsey, OH 43442                                  :

**CERTAIN INTEREST(S) IN: CHRISTMAN** :
**ROAD; COMET ROAD; GREENSBURG** :
**ROAD; KILLENGER ROAD; KOONS** :
**ROAD; MASSILLON / HWY 241 ROAD;** :
**MAYFAIR ROAD; S. ARLINGTON ROAD;** :
**S. MAIN STREET; THURSBY ROAD;** :
**WISE ROAD IN CITY OF GREEN, OHIO** :
:
City of Green, Ohio :
c/o Diane A. Calta, Law Director :
1755 Town Park Blvd. :
Uniontown, OH 44685 :
:
:
**CERTAIN INTEREST(S) IN: CENTER** :
**ROAD; CLEVELAND MASSILLON ROAD;** :
**FAIRLAND ROAD; GROVE ROAD;** :
**HAMSHER ROAD; KUNGLE ROAD;** :
**LIMBACH ROAD; MANCHESTER RD/OH** :
**93; MYERS ROAD; NIMISILA ROAD;** :
**RHEAM ROAD; VAN BUREN ROAD IN** :
**CITY OF NEW FRANKLIN, OHIO** :
:
City of New Franklin, Ohio :
c/o Thomas Musarra, Law Director :
5611 Manchester Rd. :
New Franklin, OH 44319 :
:
:
**CERTAIN INTEREST(S) IN: ANTHONY** :
**WAYNE TRAIL (S RIVER ROAD) IN CITY** :
**OF WATERVILLE, OHIO** :
:
City of Waterville, Ohio :
c/o Phillip L. Dombey :
25 N. Second St. :
Waterville, OH 43566 :

**CERTAIN INTEREST(S) IN: CALABOONE**          :
**ROAD; CLINTON ROAD; GRILL ROAD;**            :
**HATFIELD ROAD; SERFASS ROAD;**               :
**TAYLOR ROAD; TOWNSHIP HWY 61 IN**            :
**WAYNE COUNTY, OHIO**                         :
                                               :
Board of Trustees of Chippewa Township         :
c/o Dominic Oliverio, Trustee                  :
14228 Galehouse Rd.                            :
Doylestown, Ohio 44230                         :
                                               :
                                               :
**CERTAIN INTEREST(S) IN: CR 124**             :
**HOOVER ROAD IN ERIE COUNTY, OHIO**           :
                                               :
Erie County Board of Commissioners             :
c/o Kevin J. Barylsk, Prosecuting Attorney     :
247 Columbus Ave., Ste. 319                    :
Sandusky, OH 44870                             :
                                               :
                                               :
**CERTAIN INTEREST(S) IN: CR 13**              :
**MASON ROAD IN ERIE COUNTY, OHIO**            :
                                               :
Village of Berlin Heights, Ohio                :
c/o Carl J. Kamm, III, Mayor                   :
6608 Mason Rd.                                 :
Berlin Heights, OH 44814                       :
                                               :
       Defendants.          :
                                               :

## COMPLAINT FOR CONDEMNATION

NEXUS Gas Transmission, LLC ("NEXUS"), by and through counsel, and pursuant to

its power of eminent domain as authorized by 15 U.S.C. § 717f(h), and pursuant to Fed. R. Civ.

P. 71.1, files this Complaint for: 1) an order that NEXUS has the authority to condemn the

permanent and temporary easements on the properties and to the extent more fully described in

Exhibit A and Exhibit B, attached hereto and incorporated herein (collectively "Easements"); 2)

the determination and award of just compensation attributable to NEXUS' acquisition of the

Easements; and 3) an order granting immediate access to and use of the Easements before just compensation is determined pursuant to a motion for preliminary injunction filed contemporaneously herewith.

## Nature of the Case

1.      This action arises under the Natural Gas Act, 15 U.S.C. § 717 *et seq.* ("NGA"), and the authority for the taking is granted by 15 U.S.C. § 717f(h).

2.      On August 25, 2017, the Federal Energy Regulatory Commission ("FERC") issued a Certificate of Public Convenience and Necessity ("Certificate") to NEXUS in Docket No. CP16-22-000 authorizing it to construct and operate an interstate natural gas pipeline system consisting of approximately 257.5 miles of new 36-inch diameter natural gas transmission mainline pipeline and associated pipeline facilities in Ohio and Michigan ("NEXUS Project" or "Project").  A true and correct copy of the Certificate is attached as Exhibit C.

3.      Pursuant to the NGA and following the issuance of the Certificate, NEXUS may exercise eminent domain authority, as described more fully below, to acquire the Easements necessary to construct, operate and maintain the Project.

4.      NEXUS has successfully negotiated the voluntary acquisition of easements on 97% of the tracts of land necessary to construct, operate and maintain the Project.

5.      NEXUS has successfully obtained road crossing permits and/or other requisite permission(s) for the majority of road crossings within the Project.

6.      NEXUS has filed this lawsuit to condemn and determine just compensation for the Easements that it has been unable to acquire by agreement.

## Parties

7.      NEXUS is a limited liability company organized and existing under the laws of the state of Delaware, with its principal place of business at 5400 Westheimer Court, Houston, Texas 77056-5310.

8.      NEXUS is authorized to conduct business in the state of Ohio.   NEXUS is engaged in business in the state of Ohio and within this federal district.

9.      NEXUS is a "natural gas company" within the meaning of the NGA, 15 U.S.C. § 717a(6), because it is organized for the purpose of transporting natural gas in interstate commerce.

10.      NEXUS has made a diligent inquiry and public records/title search to ascertain the parties owning the lands on which the Easements are located, as well as the parties who claim any interest in the lands necessary to construct the pipeline.   According to the best of NEXUS' information, knowledge and belief, all those who are an owner or an owner of an interest in the lands on which the Easements are located are identified in the caption of this Complaint and in Exhibit A hereto, and they are collectively referred to herein as "Defendants."   The fee owners of the lands on which the Easements are located, and the local governmental entities having road rights-of-way in some of the land on which the Easements are located, are collectively referred to herein as "Landowner Defendants."

## Jurisdiction, NEXUS' Authority to Condemn and Venue

11.      This is an action brought pursuant to the NGA, 15 U.S.C. § 717f(h), and Fed. R. Civ. P. 71.1 for the condemnation by eminent domain of the Easements in order to construct, operate and maintain a natural gas pipeline and/or related facilities for the Project.   The authority for the taking is granted by 15 U.S.C. § 717f(h).

12.     This Court has subject matter jurisdiction over this dispute under 28 U.S.C. § 1331 because this action arises under the laws of the United States, and under 28 U.S.C. § 1337 because the action arises under an Act of Congress regulating interstate commerce.

13.     NEXUS has been authorized by FERC to engage in the transportation of natural gas in interstate commerce subject to FERC's continuing jurisdiction.  Exhibit C, Certificate ¶ A, p. 71.

14.     FERC has determined that the Project is necessary and the Easements are necessary to construct, operate and maintain the Project for the transportation of natural gas in interstate commerce and to fulfill the purposes for which the Certificate was issued.  Exhibit C, Certificate.

15.     Pursuant to 15 U.S.C. § 717f(h), the compensation offered to, or amount demanded or claimed by, each Landowner Defendant for each Easement exceeds $3,000.00.

16.     Before instituting this action, NEXUS made written offers and other efforts to acquire the Easements from the Landowner Defendants by agreement, including providing final offer letters to the Landowner Defendants in September 2017, but NEXUS cannot acquire by contract, and/or has been unable to agree with the Landowner Defendants to the compensation to be paid for the Easements necessary to construct, operate and maintain the pipeline and related facilities necessary to the proper operation of the pipeline.  The Landowner Defendants did not accept or failed to respond to NEXUS' final offer.

17.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because all of the property that is the subject of the action is located in this judicial district and pursuant to 15 U.S.C. § 717f(h) because the properties that are the subject of this action are located within this judicial district.

18.     NEXUS has taken all steps and proceedings required by law necessary to initiate these proceedings as required by 15 U.S.C. § 717f(h) and Fed. R. Civ. P. 71.1, and jurisdiction is therefore proper under 15 U.S.C. § 717f(h).  Copies of the notices required by Fed. R. Civ. P. 71.1 are attached at Exhibit D and incorporated herein.

## The NEXUS Project

19.     Pursuant to the Certificate, FERC has determined that the Project will serve the public convenience and necessity.  Exhibit C, Certificate ¶ 51.

20.     Construction of the Project is scheduled to begin on October 16, 2017.

21.     The in-service date for the Project is September 30, 2018.

22.     To complete construction of the Project in accordance with the Certificate, and along the FERC-certified alignment (or route), NEXUS must acquire the Easements.

## Acquisition of Easements By Eminent Domain

23.     The interests to be acquired in the respective properties are described in Exhibit B, as applicable.

24.     The size and location of the Easements on the properties have been approved by FERC.

25.     The Project will be unable to complete construction and to transport natural gas as authorized by the Certificate until NEXUS has access to and use of the Easements.

26.     The NGA permits the holder of a Certificate to acquire the necessary right-of-way "by the exercise of the right of eminent domain" if it is unable to reach an agreement with the owner.  15 U.S.C. § 717f(h).

WHEREFORE, NEXUS Gas Transmission, LLC respectfully prays that this Honorable Court do the following:

a.    Enter an order bifurcating the issues of (i) the determination of NEXUS' right to condemnation; and (ii) just compensation for the takings;

b.    Schedule an expedited hearing date for NEXUS' Motion for Partial Summary Judgment and Motion for Preliminary Injunction, filed contemporaneously with this Complaint, confirming NEXUS' substantive right to condemn the Easements and authorizing immediate possession; and establish a schedule for the filing of briefs on that issue prior to the scheduled hearing date;

c.    Following hearing, issue an order declaring that NEXUS has the substantive right to condemn the Easements for the purposes set forth herein, and grant NEXUS a preliminary injunction authorizing immediate possession to begin construction of the pipeline and enjoining Defendants and other persons/entities from interfering with NEXUS' right of access;

d.    Appoint a three-person commission to determine just compensation due for such taking(s) pursuant to Fed. R. Civ. P. 71.1(h)(2);

e.    Upon payment of just compensation, enter judgment and an order of taking in favor of NEXUS condemning the Easements, free and clear of all liens and encumbrances; and

f.    Issue all necessary and/or appropriate orders and decrees, and for all other general, equitable and legal relief as the Court deems just and proper.

Respectfully submitted,

/s/ *James J. Hughes, III*
James J. Hughes, III (0036754)
Jennifer A. Flint     (0059587)
Daniel E. Gerken    (0088259)
Kara H. Herrnstein  (0088520)
BRICKER & ECKLER LLP
100 S. Third Street
Columbus, Ohio 43215
Telephone: (614) 227-2300
jjhughes@bricker.com
jflint@bricker.com
dgerken@bricker.com
kherrnstein@bricker.com
*Counsel for Plaintiff,*
*NEXUS Gas Transmission, LLC*

Dated:  October 2, 2017