UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Nexus Gas Transmission, LLC, | ) | CASE NO. 5:17CV2062 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| City of Green, Ohio, et al., | ) | AND ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

On March 6, 2018, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 403) recommending that the Court grant Plaintiff's motion for temporary restraining order and preliminary injunction against Defendant the City of Oberlin. The Magistrate Judge also ordered that objections be filed by no later than March 9, 2018. To date, no objections have been filed.

Any additional review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. Plaintiff's motion for temporary restraining order and preliminary injunction (Doc. 396) is GRANTED.

Plaintiff is hereby granted immediate access to the Easement at issue and Oberlin is hereby enjoined from interfering with Plaintiff's right of access to and use of the property. Further, Plaintiff is hereby ordered to give security in the amount of $100,000.00, cash or surety bond, pursuant to Fed. R. Civ. P. 65(c).

IT IS SO ORDERED.

Dated: March 15, 2018     /s/ John R. Adams
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE